UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EMILY HUERTAS,**

    **Plaintiff,**

**v.**                                               **Case No: 6:19-cv-915-Orl-41GJK**

**COMPETITIVE EDGE GROUP, INC.
and FRED R. BOOTHBY,**

    **Defendants.**

## ORDER

THIS CAUSE is before the Court on the Joint Motion for Court Approval of Settlement Agreement ("Motion," Doc. 24). United States Magistrate Judge David A. Baker issued a Report and Recommendation ("R&R," Doc. 27) in which he recommends granting the Motion in part by approving the Settlement Agreement (Doc. 24-1) but striking the provision where the parties agree that jurisdiction over this matter shall be in this Court and declining to retain jurisdiction to enforce the Settlement Agreement, and dismissing the case. (*Id.* at 7–8). The parties filed a Joint Notice of Non-Objection (Doc. 28).

After a *de novo* review of the record, this Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Court Approval of Settlement Agreement (Doc. 24) is **GRANTED in part**.

3. The provision in the Settlement Agreement that states that the parties agree jurisdiction over this matter shall be in this Court (Doc. 24-1 at 3) is **STRICKEN**.

4. As modified herein, the parties' Settlement Agreement (Doc. 24-1) is **APPROVED**.

5. This case is **DISMISSED with prejudice**.

6. The Court declines to retain jurisdiction over the Settlement Agreement.

7. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 31, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record